# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-196 (1) (JRT/JSM) |
| Plaintiff, | |
| v. | |
| MICHAEL ROMAN AFREMOV, | **ORDER** |
| Defendant, | |
| and | |
| COMPUTER FORENSIC SERVICES and MARK LANTERMAN, | |
| Movants. | |

Joseph G. Petrosinelli, William P. Ashworth, and Craig D. Singer, **WILLIAMS & CONNOLLY LLP**, 725 Twelfth Street Northwest, Washington, D.C. 20005, for defendant.

Robert J. Borhart and John F. Bonner, III, **BONNER & BORHART LLP**, 220 South Sixth Street, Suite 1950, Minneapolis, MN 55402-4521, for movants Computer Forensic Services and Lanterman.

This matter is before the Court on Michael Afremov's Motion to Release the Supersedeas Bond [Docket No. 433]. Computer Forensic Services, Inc. and Mark Lanterman do not oppose the release of the bond.

Based on the foregoing, and the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Michael Roman Afremov's Motion to Release the Supersedeas Bond [Docket No. 433] is **GRANTED**. The supersedeas bond (bond no.

37S 105188802) in the amount of $675,000 filed on October 9, 2009 [Docket No. 412] is

**RELEASED**.


DATED: October 5, 2010            _____s/ John R. Tunheim_____
at Minneapolis, Minnesota.              JOHN R. TUNHEIM
                                   United States District Judge